JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT MONDAVI, D.D.S.,

        Plaintiff,

    vs.

METROPOLITAN LIFE INSURANCE
COMPANY and, DOES 1 through 10,
inclusive,

        Defendants.

Case No. 16-cv-08715-BRO-JPR

**ORDER RE STIPULATION FOR
DIMISSAL WITH PREJUDICE**

Complaint Filed:   October 20, 2016

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# ORDER

Having reviewed the parties' stipulation, the case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear their own fees and costs.

Date May 1, 2017

_____
Beverly Reid O'Connell
United States District Judge

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

ORDER RE STIPULATION FOR DISMISSAL
36276256v1 0992235